**Rose Mary DELGADO, Appellant,**

v.

**Rodney HAJICEK, Badge No. 556, a detective and police officer employed by the East Grand Forks Police Department in both his individual and offi-**cial capacities; Chris Olson, a police officer, employed by the East Grand Forks Police Department in both his individual and official capacities, Appellees.

No. 08–2560.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 13, 2009.

Filed: March 25, 2009.

■■■■■■■

Dewayne Johnston, Johnston Law Office, David Clark Thompson, David C. Thompson, P.C., Grand Forks, ND, for Plaintiff-Appellant.

Jon Kermit Iverson, Susan Marie Tindal, Iverson & Reuvers, Bloomington, MN, for Defendant–Appellee.

Before LOKEN, Chief Judge, MELLOY, and BENTON, Circuit Judges.

■■■■■■■

PER CURIAM.

Rose Mary Delgado sued detective Rodney William Hajicek, and others, alleging deprivation of her Fourth Amendment rights. The district court[1] granted summary judgment to defendants. *Delgado v. Hajicek*, No. 07–2186, 2008 WL 2042606 (D.Minn. May 12, 2008). Delgado appeals with respect to Hajicek. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

This court reviews a district court's grant of summary judgment de novo. *Davenport v. University of Arkansas Board of Trustees*, 553 F.3d 1110, 1112

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

(8th Cir.2009). A moving party is entitled to summary judgment when the evidence, viewed in the light most favorable to the nonmoving party, establishes that no genuine issue of material fact exists, and the moving party is entitled to judgment as a matter of law. *King v. Hardesty,* 517 F.3d 1049, 1056 (8th Cir.2008).

Delgado raises two issues on appeal: (1) Hajicek violated her Fourth Amendment rights by issuing a theft citation without probable cause; and (2) Hajicek violated her Fourth Amendment rights because he "materially misled" the Polk County Court, leading to the issuance of a warrant for her arrest.

Having carefully reviewed the record and the parties' briefs, this court finds no error in the district court's findings of fact or conclusions of law. Therefore, this court affirms for the reasons stated by the district court in its thorough and well-reasoned opinion. *See* 8th Cir. R. 47B.